```
 1  STEPHEN ZELLER, Bar No. 265664
    Email Address: szeller@deconsel.com
 2  DeCARLO & SHANLEY,
    a Professional Corporation
 3  533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California 90071-1706
 4  Telephone (213) 488-4100
    Fax (213) 488-4180
 5
    Attorneys for Plaintiff, Brent Beasley, Ernest Glasgow, Cliff Smith, Greg Banks,
 6  Trustees of the Union Roofers Supplemental Annuity Trust, Union Roofers Health
    & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative
 7  Fund, Union Roofers Joint Apprenticeship and Training Fund and Pacific Coast
    Roofers Pension Plan
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BEASLEY, ERNEST GLASGOW, CLIFF SMITH, GREG BANKS, TRUSTEES OF THE UNION ROOFERS SUPPLEMENTAL ANNUITY TRUST, UNION ROOFERS HEALTH & WELFARE FUND, UNION ROOFERS VACATION FUND, UNION ROOFERS ADMINISTRATIVE FUND, UNION ROOFERS JOINT APPRENTICESHIP AND TRAINING FUND AND PACIFIC COAST ROOFERS PENSION PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALCALA COMPANY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-01814-DMG-SS<br><br>STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALCALA COMPANY, INC., a California corporation<br><br>*Proposed Order Submitted Separately* |

**IT IS HEREBY STIPULATED BY AND BETWEEN** the parties, namely, Plaintiffs Brent Beasley, Ernest Glasgow, Cliff Smith, Greg Banks, Trustees of the Union Roofers Supplemental Annuity Trust, Union Roofers Health & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative Fund, Union Roofers Joint Apprenticeship and Training Fund and Pacific Coast Roofers Pension Plan ("PLAINTIFFS), by and through their counsel of record, Stephen Zeller of

DeCARLO & SHANLEY, and Defendant ALCALA COMPANY., a California corporation ("DEFENDANT"), by and through its attorney of record, Steven D. Atkinson of ATKINSON, ANDELSON, LOYA, RUUD, & ROMO, APC, that judgment be entered in favor of PLAINTIFFS, for damages in the amount of $426,733.17.

Interest at the legal rate will accrue from when the judgment is entered.

**DEFENDANT ALCALA COMPANY, INC., a California corporation, DOES HEREBY ACKNOWLEDGE THAT IT IS AWARE THAT, BY SIGNING THIS STIPULATION FOR ENTRY OF JUDGMENT, IT IS WAIVING ANY RIGHT TO A TRIAL ON THE MERITS, AND THE RIGHT TO RAISE ANY DEFENSE IT MAY HAVE TO THE WITHIN MATTER.**

**SO AGREED AND STIPULATED:**

TRUSTEES OF THE UNION ROOFERS SUPPLEMENTAL ANNUITY TRUST, UNION ROOFERS HEALTH & WELFARE FUND, UNION ROOFERS VACATION FUND, UNION ROOFERS ADMINISTRATIVE FUND, UNION ROOFERS JOINT APPRENTICESHIP AND TRAINING FUND; PACIFIC COAST ROOFERS PENSION PLAN

Dated: 2/26/2019

By: _____
Brent Beasley, Chairman

ALCALA COMPANY, INC.

By: _____
Gerard Joseph Brown, President

Dated: 2/20/19

2

## PROOF OF SERVICE
### (USDC Case No. 2:17-cv-1814-DMG(SSx))
### (Brent Beasley v. Alcala Company, Inc., etc.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On February 26, 2019, I electronically filed the following document: **STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALCALA COMPANY, INC., A CALIFORNIA CORPORATION.** Notice of this filing was sent to the interested parties below and to all registered parties in the action by operation of the Court's electronic filing system. Parties can access this filing through the Court's system.

**on Attorneys for Defendant as follows:**

Steven D Atkinson - satkinson@aalrr.com,csiler@aalrr.com
L Brent Garrett - bgarrett@aalrr.com,csiler@aalrr.com
Timothy Michael Wojcik - twojcik@aalrr.com,aharo@aalrr.com

**Executed on February 26, 2019, at Los Angeles, California.**

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco