**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BEASLEY, ERNEST GLASGOW, CLIFF SMITH, GREG BANKS, TRUSTEES OF THE UNION ROOFERS SUPPLEMENTAL ANNUITY TRUST, UNION ROOFERS HEALTH & WELFARE FUND, UNION ROOFERS VACATION FUND, UNION ROOFERS ADMINISTRATIVE FUND, UNION ROOFERS JOINT APPRENTICESHIP AND TRAINING FUND AND PACIFIC COAST ROOFERS PENSION PLAN,<br><br>Plaintiffs,<br>v.<br><br>ALCALA COMPANY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 17-1814-DMG (SSx)<br><br>ORDER RE STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALCALA COMPANY, INC., a California corporation; JUDGMENT [50] |

Based upon the parties' stipulation [Doc. # 50], and good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs Brent Beasley, Ernest Glasgow, Cliff Smith, Greg Banks, Trustees of the Union Roofers Supplemental Annuity Trust, Union Roofers Health & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative Fund, Union Roofers Joint Apprenticeship and Training Fund and Pacific Coast Roofers Pension Plan ("PLAINTIFFS), have judgment against defendant ALCALA COMPANY, INC., a California corporation, as follows:

Judgment is hereby entered in favor of Brent Beasley, Ernest Glasgow, Cliff Smith, Greg Banks, Trustees of the Union Roofers Supplemental Annuity Trust, Union Roofers Health & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative Fund, Union Roofers Joint Apprenticeship and Training Fund and Pacific Coast Roofers Pension Plan for damages in the amount of **$426,733.17**.

Interest at the legal rate will accrue from the date this judgment is entered.

All dates and deadlines in the above-captioned case are VACATED.

DATED: March 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE